UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED
ENTERED
OCT 2 6 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE GOMEZ-ADAN ) <br> ) <br> Defendant. ) | 2:95-CR-325-LDG-PAL |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#685), sentencing held on June 13, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: PROGRESSIVE GROUP
Amount of Restitution: $2,558.00

Name of Payee: MERIT INSURANCE COMPANY
Amount of Restitution: $5,291.76

**Total Amount of Restitution ordered: $7,849.76**

Dated this _24_ day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE